UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Case No. 01-21211

Diversified Maintenance Services, Inc.

Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Dilks & Knopik, LLC, applicant and assignee to CITGO Petroleum Corporation, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $804.44, said funds having been deposited into the Treasury of the United States pursuant to an order of the court as unclaimed fund for Citgo.

The applicant further states that:

1. (Indicate one of the following)

___X___      Applicant is the party requesting payment of the unclaimed fund named above and states that no other application for this unclaimed fund has been submitted by or at the request of the claimant.

_____      Applicant is the duly authorized representative for the business or corporation named above as the claimant. Applicant has reviewed all records of the claimant and states that no other application for this claim has been submitted by or at the request of this claimant. An Affidavit of Claimant is attached and made part of this application.

_____      Applicant is either a family member of the deceased claimant or a successor in interest to the individual or business named as the claimant. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicant's entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

3. The creditor's current mailing address and phone number are:

> Dilks & Knopik, LLC as assignee to CITGO Petroleum Corporation
> 35308 SE Center St
> Snoqualmie, WA 98065
> 425-836-5728
> SS# or Tax ID: 74-3049851

4. Dividends were not collected by the party, Citgo. CITGO Petroleum Corporation has assigned its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and the Transfer of Claim filed on 06/04/26 (docket number #122).

Respectfully submitted this 04 day of June, 2026

Dilks & Knopik, LLC
_____
Name of Applicant

Brian J Dilks, Member
35308 SE Center St
Snoqualmie, WA 98065
425-836-5728
SS# or Tax ID: 74-3049851

4
_____
Claim Number, if applicable

Sworn and subscribed to, before me
this _____4th_____ day of _June, 2026_
_____
Matthew Zettley, Notary Public
for State of Washington, County of King

Commission Expires: February 19, 2030

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2030

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

                              Case No. 01-21211

Diversified Maintenance Services, Inc.

                              Chapter 7


**PROOF OF SERVICE OF**
**APPLICATION FOR PAYMENT FROM**
**UNCLAIMED FUNDS**


       I, the undersigned, hereby certify that on , a copy of the Application for Payment From Unclaimed Funds by Dilks & Knopik, LLC, and assignee to CITGO Petroleum Corporation in the above captioned case, was served on the United States Attorney for the Eastern District of Michigan at the following address:


               U.S. Attorney for the Eastern District of Michigan
               Attn.: Civil Division-Financial Litigation
               101 First Suite 200
               Bay City, MI 48708


June 04, 2026
Dated

               Brian J Dilks, Member
               Dilks & Knopik, LLC
               35308 SE Center St
               Snoqualmie, WA 98065
               425-836-5728

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Case No. 01-21211

Diversified Maintenance Services, Inc.

Chapter 7

## AFFIDAVIT OF CLAIMANT

I, Brian J Dilks, Member of Dilks & Knopik, LLC, do hereby state that Dilks & Knopik, LLC as assignee to CITGO Petroleum Corporation is the claimant to the unclaimed funds referenced in this application and that Dilks & Knopik, LLC, LLC as assignee to CITGO Petroleum Corporation, to the best of my knowledge, the legal owner of these funds.

Mailing address:

> Dilks & Knopik, LLC as assignee to CITGO Petroleum Corporation
> 35308 SE Center St
> Snoqualmie, WA 98065
> 425-836-5728
> SS# or Tax ID: 74-3049851

1. Claimant History: Dividends were not collected by the party, Citgo. CITGO Petroleum Corporation has assigned its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and the Transfer of Claim filed on 06/04/26 (docket number #122).

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

Page 2 of 2

Affidavit of Claimant

I declare under the penalty of perjury that the foregoing copy is true and correct.

June 04, 2026
Dated

Brian J Dilks, Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
425-836-5728

Sworn and subscribed to, before me
this _____4th_____ day of _June, 2026_

Matthew Zettley, Notary Public
for State of Washington, County of King

Commission Expires: February 19, 2030

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2030